IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                                                  CIVIL ACTION NO. 5:24-cv-12-DCB-BWR

ONE (1) 2023 TOYOTA CAMRY, ET AL.                                         DEFENDNT PROPERTY

## ORDER FOR INTERLOCUTORY SALE OF PROPERTY

Before this Court is the United States of America's Motion for Interlocutory Sale of Property [5] seeking authorization, pursuant to Rule G(7)(b)(i)(A) and (B) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions ("Rule G") and the Federal Rules of Civil Procedure, to conduct an interlocutory sale of the following defendant properties:

| Asset ID | Property Description |
| --- | --- |
| 24-USS-000023 | One (1) 2023 Toyota Camry, VIN: 4T1K61AK2PU797041, registered to David Castillo |
| 24-USS-000024 | One (1) 2023 Kayo KMB 60 Motorcycle, VIN: L6JYGCLC4N1002707, registered to David Castillo |
| 24-USS-000025 | One (1) 2023 Honda Grom Motorcycle, VIN: MLHJC9212P5111553, registered to David Castillo |
| 24-USS-000026 | One (1) 2023 Sea-Doo Jet Ski, VIN: YDV98669E323, registered to David Castillo |

listed in the Verified Complaint for Forfeiture *in Rem* [1].  Having read and considered the Motion, as well as the Response filed by potential claimant David Castillo [8] and the United States' Response [9] to the Order for Additional Information [6], the Court finds that it is well taken and should be GRANTED.

IT IS HEREBY ORDERED that the United States shall conduct the sale of the properties identified herein in a commercially reasonable manner;

IT IS FURTHER ORDERED that the net proceeds of the sale of the assets listed above shall be placed in an escrow account maintained by the U.S. Treasury Department/Secret Service pending the outcome of any forfeiture proceedings involving the defendant property.

SO ORDERED, this  26th  day of March 2024.

                                        s/David Bramlette
                                        UNITED STATES DISTRICT JUDGE